1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10 TAMMY CONNER,

11            Plaintiff,

12     v.

13 NANCY A. BERRYHILL, Acting
   Commissioner of Social Security,

14

                   Defendant.

15

CASE NO. 2:16-CV-01938-BHS-DWC

REPORT AND RECOMMENDATION
ON STIPULATED MOTION FOR
REMAND

16

17

18

19

The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United

States Magistrate Judge David W. Christel. Presently before the Court is Defendant's Stipulated

Motion for Remand. Dkt. 16.  After reviewing Defendant's Stipulated Motion and the relevant

record, the Court recommends the following:

20

21

        Defendant's Motion be granted, and the case be reversed and remanded for further

administrative proceedings under sentence four of 42 U.S.C. § 405(g).

22

23

        On remand, the Court recommends the Administrative Law Judge (ALJ) shall:

24

- Reevaluate the medical evidence, including the opinions of Dr. Mease and Ms. Williams-Judge, with particular attention to the June 23, 2015 medical source statement and the letter dated August 5, 2015;

- Reassess the claimant's symptoms;

- Reassess the claimant's residual functional capacity; and if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the limitations on the occupational base;

- Before relying on any vocational expert evidence, the ALJ will identify and resolve any conflicts between such evidence and the information in the Dictionary of Occupational Titles;

- Plaintiff will have the opportunity for a new hearing; and

- The ALJ will issue a new decision.

The parties agree Plaintiff is entitled to reasonable attorney fees under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 et. seq., upon proper request to the Court.

Given the facts and the parties' stipulation, the Court recommends the District Judge immediately approve this Report and Recommendation.

Dated this 9th day of August, 2017.


David W. Christel
United States Magistrate Judge