UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAMMY CONNER,<br><br>              Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>              Defendant. | CASE NO. C16-1938 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 17), recommending that this case be remanded, based on the stipulation of the parties (Dkt. 16). It is therefore ordered as follows:

(1) The R&R is **ADOPTED**;

(2) Defendant's decision is **REVERSED**; and

(3) This action is **REMANDED** for further administrative proceedings in accordance with the findings contained in the R&R.

Dated this 9th day of August, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge